IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THOMAS GAMELIN and SARAH
GAMELIN, and MICHAEL PHILLIPS
and CELESTE PHILLIPS                                    PLAINTIFFS

v.                    Case No. 4:13-cv-00182-JLH

CHESAPEAKE OPERATING, INC. and
BHP BILLITON PETROLEUM (FAYETTVILLE)
LLC                                                     DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion for Voluntary Dismissal. The motion represents Defendants do not oppose the motion. Upon consideration, the Court finds the motion should be and hereby is granted. Plaintiffs' claims are hereby dismissed with prejudice.

IT IS SO ORDERED, this 20th day of March, 2014.

Hon. J. Leon Holmes
U.S. District Court